Argued November 27, affirmed December 24, 1973

RASMUSSEN, *Petitioner, v.* MORGAN, *Respondent.*

517 P2d 303

*Brian L. Welch,* Portland, argued the cause for petitioner. With him on the brief were Pozzi, Wilson & Atchison, Portland.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

AFFIRMED.

This case is analogous to *York v. Morgan,* 16 Or App 76, 517 P2d 301 (1973), and is governed by it.

Claimant worked for seven years as a part-time legal secretary. When her employer asked her to work a full day she refused. She then sought unemployment benefits but the Employment Appeals Board held she was not eligible because she was unwilling to accept full-time employment as a legal secretary. Her position was that she had three school-age children at home and therefore she was willing to work only up to five hours a day if she could find work close to her home and up to four and one-half hours a day if she had to commute to and from work by bus. The normal employment for a legal secretary is at least a seven-hour period during daylight hours. We see no meaningful distinction between the availability of a legal secretary who for domestic reasons is not available for work during those hours and a licensed practical nurse who for domestic reasons is not available for night work. *York v. Morgan,* supra. *See also Callaghan v. Morgan,* 9 Or App 116, 496 P2d 55 (1972).

Affirmed.